UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | ) | CASE NO. 09-53956 |
|---|---|---|
| | ) | |
| SALVATORE A. REGO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR NOTICE** |
| | ) | |

Ronald P. Friedberg, and the law firm of Meyers, Roman, Friedberg & Lewis, hereby enter their appearance as counsel of record for Giant Eagle, Inc., a creditor of Debtor Salvatore A. Rego. Pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, request is hereby made that all notices in the above-captioned matter, and all other pleadings, orders, notices, and other papers in this action be served upon the undersigned.

/s/ Ronald P. Friedberg
Ronald P. Friedberg (0055304)
*rfriedberg@meyersroman.com*
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Boulevard, Suite 500
Cleveland, OH 44122
Phone: (216) 831-0042
Fax: (216) 831-0542
*Attorneys for Creditor Giant Eagle, Inc.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Appearance and Request for Service was filed via the Court's electronic filing system on October 26, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this filing will be delivered by U.S. mail to entities and individuals designated for service in that mode.

/s/ Ronald P. Friedberg
Ronald P. Friedberg (0055304)

2

09-53956-mss    Doc 15    FILED 10/26/09    ENTERED 10/26/09 12:51:02    Page 2 of 2